# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hoffman, Melvin S. | Bankruptcy Court - Massachusetts | 08/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - full time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
JW McCormack Post Office and Courthouse
5 Post Office Square
Boston, MA 02109

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Associate Editor | American Bankruptcy Law Journal |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 08/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | American Bankruptcy Law Journal Compensation as Associate Editor | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Tufts Universtiy salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/30-11/1/2019 | Washington, DC | Judges' conference. Education. | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 08/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America accounts | A | Interest | L | T | | | | | |
| 2. Brookline Bancorp stock | B | Dividend | J | T | | | | | |
| 3. UBS Retirement Account- self directed IRA | | | | | | | | | |
| 4. --money market account at UBS | A | Interest | J | T | | | | | |
| 5. --Fidelity Advisor New Insights Cl A | A | Int./Div. | | | Sold | 04/23/19 | K | D | |
| 6. --Pimco All Asset Fund | A | Int./Div. | | | Sold | 04/10/19 | J | A | |
| 7. --Neuberger Berman Equity Inc Cl A | A | Int./Div. | | | Sold | 04/12/19 | K | C | |
| 8. --JP Morgan Mid Cap Value Fund Class A | A | Int./Div. | | | Sold | 04/23/19 | K | B | |
| 9. --Kealy Small Cap Value Fund Class A | A | Int./Div. | | | Sold | 04/10/19 | J | A | |
| 10. --Gateway Fund Class A | A | Int./Div. | | | Sold | 05/08/19 | K | D | |
| 11. --First Eagle Global Fund Class A | A | Int./Div. | | | Sold | 05/08/19 | K | D | |
| 12. --Apple | B | Dividend | M | T | | | | | |
| 13. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 14. --Merck | A | Dividend | | | Sold | 05/08/19 | J | C | |
| 15. --Charter Communication (FormerlyTime Warner Cable) | A | Dividend | J | T | | | | | |
| 16. --iShares Msci Emerging Markets Index Fund | A | Int./Div. | K | T | | | | | |
| 17. --iShares DJ Select Div Index Fund | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  --Henderson Global Investors Int'l | A | Int./Div. | | | Sold | 04/10/19 | K | B | |
| 19.  --FT Templeton Global Bond A | A | Int./Div. | | | Sold | 04/10/19 | J | A | |
| 20.  --Loomis Sayles Strategic Inc A | A | Int./Div. | | | Sold | 04/10/19 | K | A | |
| 21.  --Lord Abbet Floating Rate A | A | Int./Div. | | | Sold | 04/10/19 | K | A | |
| 22.  --Pimco All Asset All Auth - A | A | Int./Div. | | | Sold | 04/10/19 | K | A | |
| 23.  --iShares Core S&P Small Cap | A | Int./Div. | K | T | Buy | 05/08/19 | J | | |
| 24.  --iShares Core MSCI EAFE ETF | A | Int./Div. | L | T | Buy | 04/12/19 | L | | |
| 25.  --Vanguard Valeue ETF | A | Int./Div. | K | T | Buy | 05/09/19 | K | | |
| 26.  --Vanguard Mid-Cap ETF | A | Int./Div. | K | T | Buy | 05/09/19 | K | | |
| 27.  --Vanguard Growth ETF | A | Int./Div. | L | T | Buy | 04/12/19 | L | | |
| 28.  --Vanguard Total World STK ETF | A | Int./Div. | J | T | Buy | 05/08/19 | J | | |
| 29.  --iShares Boxx Inv Grade | A | Int./Div. | J | T | Buy | 05/08/19 | J | | |
| 30.  --iShares 20 yr Treas Bond | A | Interest | J | T | Buy | 05/08/19 | J | | |
| 31.  --iShares Broad USD Invt Grade | A | Int./Div. | K | T | Buy | 05/09/19 | K | | |
| 32.  --iShares US Treas Bond | A | Interest | J | T | Buy | 05/08/19 | J | | |
| 33.  --SPDR Bloomberg Barclays High Yield Bond ETF | A | Int./Div. | K | T | Buy | 05/08/19 | K | | |
| 34.  American Century IRA | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --Amercian Century Balanced Fund | A | Int./Div. | K | T | | | | | |
| 36. --American Century Strategic Alloc Fund | A | Int./Div. | K | T | | | | | |
| 37. --American Century Utilities | A | Int./Div. | K | T | | | | | |
| 38. Merril Lynch IRA | | | | | | | | | |
| 39. --American New Perspectives | A | Int./Div. | K | T | | | | | |
| 40. --American Bond Fund of America Class A | A | Dividend | J | T | | | | | |
| 41. --Vanguard S&P 500 Growth | A | Int./Div. | K | T | | | | | |
| 42. Fidelity Spartan 500 Index Fd (See Part VIII) | B | Int./Div. | L | T | | | | | |
| 43. Fidelity Spartan US Bond Index Fd | B | Int./Div. | L | T | | | | | |
| 44. Fidelity Money Market Fund | A | Interest | K | T | | | | | |
| 45. State of Israel Bond | A | Int./Div. | J | T | | | | | |
| 46. Wells Fargo Mutual Funds (Account # 1) | | | | | | | | | |
| 47. --Wells Fargo Money Market Fund | A | Interest | J | T | | | | | |
| 48. --Dodge & Cox Int'l Stock Fund | A | Int./Div. | J | T | | | | | |
| 49. --Goldman Sachs Fin'l SquareTreasury Fund | A | Int./Div. | J | T | | | | | |
| 50. --John Hancock Global Absolute Return Fund | A | Int./Div. | | | Sold | 12/06/19 | J | A | |
| 51. --Oppenheimer Dev. Mkts Fund | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --Pimco Pac Invst Commodity Real Return Strat Fund | A | Int./Div. | J | T | | | | | |
| 53. --RS Invt Trust Value Fund | A | Int./Div. | | | Sold | 02/13/19 | J | A | |
| 54. --T Rowe Price Mid-Cap Growth | A | Int./Div. | | | Sold | 02/13/19 | K | A | |
| 55. --Fundadvantage TR Gotham Ab. Ret | A | Int./Div. | | | Sold | 08/09/19 | J | A | |
| 56. --Harbor Funds Small Cap Value | A | Int./Div. | K | T | | | | | |
| 57. --Harbor Funds Cap Appreciation | A | Int./Div. | K | T | | | | | |
| 58. --JP Morgan US Large Cap Core Plus | A | Int./Div. | | | Sold | 08/12/19 | K | A | |
| 59. --Amer Europacific Growth | A | Int./Div. | K | T | | | | | |
| 60. --Virtus Emerging Mkts Opportunities | A | Int./Div. | J | T | | | | | |
| 61. --Meridian Sm Cap Grth | A | Int./Div. | K | T | | | | | |
| 62. --Prinicpal FDS High Yield | A | Int./Div. | | | Sold | 02/13/19 | J | A | |
| 63. --Nuveen Real Estate | A | Int./Div. | | | Sold | 02/13/19 | J | A | |
| 64. --Principal Global Real Estate | A | Int./Div. | | | Sold | 02/13/19 | J | A | |
| 65. --T Rowe Price Equity Income | A | Int./Div. | K | T | | | | | |
| 66. --Touchstone FDS VID Cap | A | Int./Div. | | | Sold | 08/15/19 | K | A | |
| 67. --American Beacon FDS | A | Int./Div. | J | T | Buy | 02/13/19 | J | | |
| 68. --Fidelity 500 Index | A | Int./Div. | K | T | Buy | 02/13/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  --Hartford Mutual FDS Inc Midcap | A | Int./Div. | K | T | Buy | 08/12/19 | K | | |
| 70.  --Locorr Inv Tr Macro Strat | A | Int./Div. | J | T | Buy | 12/06/19 | J | | |
| 71.  Wells Fargo Brokerage Account #2 | | | | | | | | | |
| 72.  --Apple Inc | A | Int./Div. | J | T | | | | | |
| 73.  --Cisco Systems Inc. | A | Int./Div. | J | T | | | | | |
| 74.  --Microsoft Corp. | A | Int./Div. | J | T | | | | | |
| 75.  --Verizon Communications | A | Int./Div. | J | T | | | | | |
| 76.  --Nextern Energy | A | Int./Div. | J | T | | | | | |
| 77.  --Gilead Sciences Inc | A | Int./Div. | J | T | | | | | |
| 78.  --Abbot Labs | A | Int./Div. | J | T | | | | | |
| 79.  --Accenture Ireland Class A | A | Int./Div. | J | T | | | | | |
| 80.  --Advance Auto Parts | A | Int./Div. | | | Sold | 06/24/19 | J | A | |
| 81.  --Aercap Hldgs NV | A | Int./Div. | J | T | | | | | |
| 82.  --Allstate Corp | A | Int./Div. | J | T | | | | | |
| 83.  --Alphabet Inc. Non Voting | A | Dividend | J | T | | | | | |
| 84.  --AON PLC Class A | A | Int./Div. | J | T | | | | | |
| 85.  --Bank of America | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. --Truist formerly BB&T Corp | A | Int./Div. | J | T | | | | | |
| 87. --Chevron Corp. | A | Int./Div. | J | T | | | | | |
| 88. --Cogna Systems | A | Int./Div. | J | T | | | | | |
| 89. --CIT Group | A | Int./Div. | J | T | | | | | |
| 90. --Comcast Corp. | A | Int./Div. | J | T | | | | | |
| 91. --Conagra Brands | A | Int./Div. | J | T | | | | | |
| 92. --Concho Resources | A | Int./Div. | J | T | | | | | |
| 93. --Crown Castle Int'l | A | Int./Div. | | | Sold | 08/15/19 | J | A | |
| 94. --Disney | A | Int./Div. | J | T | | | | | |
| 95. --Dollar Tree Stores | A | Int./Div. | J | T | | | | | |
| 96. --Eli Lilly | A | Int./Div. | J | T | | | | | |
| 97. --EOG Resources | A | Int./Div. | J | T | | | | | |
| 98. --Gen'l Dynamics | A | Int./Div. | J | T | | | | | |
| 99. --Honeywell Int'l | A | Int./Div. | J | T | | | | | |
| 100. --Intercontinental Exch | A | Int./Div. | | | Sold | 01/02/19 | J | A | |
| 101. --Merck | A | Int./Div. | J | T | | | | | |
| 102. --Mondelez Int'l Inc. | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. --Motorola Solutions Inc. | A | Int./Div. | J | T | | | | | |
| 104. --Nestle SA Reg ADR | A | Int./Div. | J | T | | | | | |
| 105. --NXP Semiconductors NV | A | Int./Div. | J | T | | | | | |
| 106. --Sensata Tech. Holdings PLC EUR | A | Int./Div. | | | Sold | 03/18/19 | J | A | |
| 107. --SPDR S&P 500 Trust | A | Int./Div. | | | Sold | 04/02/19 | J | A | |
| 108. --Technipmc PLC | A | Int./Div. | | | Sold | 04/02/19 | J | A | |
| 109. --UPS | A | Int./Div. | J | T | | | | | |
| 110. --US Bancorp | A | Int./Div. | J | T | | | | | |
| 111. --Vulcan Materials | A | Int./Div. | J | T | | | | | |
| 112. --American Intl Group | A | Int./Div. | J | T | Buy | 01/02/19 | J | | |
| 113. --Anheuser Busch Inbev | A | Int./Div. | J | T | Buy | 01/02/19 | J | | |
| 114. --Conoco Phillips | A | Int./Div. | J | T | Buy | 06/24/19 | J | | |
| 115. --Kroger Co | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 116. --Medtronic PLC | A | Dividend | J | T | Buy | 01/17/19 | J | | |
| 117. --Schlumberger Ltd | A | Int./Div. | J | T | Buy | 01/02/19 | J | | |
| 118. --Synchrony Fin'l | A | Int./Div. | J | T | Buy | 01/02/19 | J | | |
| 119. --UBS Group | A | Int./Div. | J | T | Buy | 01/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Inherited IRA Wells Fargo | | | | | | | | | |
| 121. --Amer. Centy Mutual Funds Heritage Fd Cl A | A | Int./Div. | J | T | | | | | |
| 122. --Ivy Value Fd Cl A | A | Int./Div. | J | T | | | | | |
| 123. MONY whole life insurance | B | Int./Div. | J | T | | | | | |
| 124. Morgan Stanley IRA Rollover | | | | | | | | | |
| 125. --Morgan Stanley Money Market Acct. | A | Interest | K | T | | | | | |
| 126. --Gugenheim S&P 500 Equ Weight | A | Int./Div. | | | Sold | 01/22/19 | K | A | |
| 127. --SPDR S&P Dividend | A | Int./Div. | L | T | | | | | |
| 128. --Vanguard Mid-Cap ETF Index | A | Int./Div. | L | T | | | | | |
| 129. --Vanguard S&P 500 Growth ETF | A | Int./Div. | L | T | | | | | |
| 130. --Doubleline Core Fixed Income I | A | Int./Div. | L | T | | | | | |
| 131. --American Europacific Gowth F | A | Int./Div. | K | T | | | | | |
| 132. --American Growth Fund of American Fi | A | Int./Div. | K | T | | | | | |
| 133. --American Washington Mutual F | A | Int./Div. | L | T | | | | | |
| 134. --First Eagle Global I | A | Int./Div. | M | T | | | | | |
| 135. --Neuberger Berman Genesis TR | A | Int./Div. | K | T | | | | | |
| 136. --Pimco Income P | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  --Pioneer Dynamic Credit | A | Int./Div. | L | T | | | | | |
| 138.  --Pioneer Flexible Oppty (See Part VIII) | A | Int./Div. | K | T | | | | | |
| 139.  --Pioneer Strategic Income Y | A | Int./Div. | K | T | | | | | |
| 140.  --Gugenheim Limited Duration 1 | A | Int./Div. | L | T | | | | | |
| 141.  --AQR Long-Shorty Eq Inst | A | Int./Div. | | | Sold | 02/08/19 | J | A | |
| 142.  --AQR Style Premia Alt 1 | A | Int./Div. | | | Sold | 01/22/19 | J | A | |
| 143.  --SPDR Doubleline Tr Tact ETF | A | Int./Div. | | | Sold | 01/22/19 | J | A | |
| 144.  --Loomis Sayles Strategic Inc Y | A | Int./Div. | K | T | | | | | |
| 145.  --Loomis Sayles Core Plus Bd Y | A | Int./Div. | K | T | | | | | |
| 146.  --American Balanced | A | Int./Div. | K | T | | | | | |
| 147.  --Gateway Fund | A | Int./Div. | L | T | | | | | |
| 148.  --Vanguard Short Term Corp. | A | Int./Div. | K | T | | | | | |
| 149.  --SPDR DL Shrt Duration TR | A | Int./Div. | K | T | | | | | |
| 150.  --Calamos Phineus Long/Short | A | Int./Div. | K | T | | | | | |
| 151.  --Templeton Global BD FD ADV | A | Int./Div. | K | T | | | | | |
| 152.  --Invesco S&P 500 | A | Int./Div. | K | T | Buy | 01/22/19 | K | | |
| 153.  --Blackrock Event Driven | A | Int./Div. | K | T | Buy | 01/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Melvin S. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Merril Lynch IRA | A | Interest | K | T | | | | | |
| 155. TIAA-CREF Retirement Plan | | | | | | | | | |
| 156. --TIAA-CREF Trad'l Fund | A | Int./Div. | M | T | | | | | |
| 157. --CREF Stock Fund | A | Int./Div. | M | T | | | | | |
| 158. --Real Estate Fund | A | Dividend | K | T | | | | | |
| 159. Fidelity Retirement Account | | | | | | | | | |
| 160. --Vanguard Inst. Tr. | A | Int./Div. | M | T | | | | | |
| 161. --Fidelity Low Priced Stk | A | Dividend | M | T | | | | | |
| 162. --Vanguard VMMR | A | Interest | J | T | | | | | |
| 163. Rental Property New York City ($970,000 cost prchsd 5/13/16 | D | Rent | O | R | Buy | 05/13/19 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Melvin S.** | 08/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Melvin S. Hoffman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544